IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES MAYO,<br><br>  Petitioner,<br><br> vs.<br><br>CAPTAIN GONZALES, et al.,<br><br>  Respondents. | No. C 10-02965 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT |

On July 6, 2010, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that a filing fee of $5.00 was now due or in the alternative, that petitioner must file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

On July 16, 2010, petitioner filed an in forma pauperis application which is deficient because petitioner attached a Certificate of Funds in Prisoner's Account which was not completed and signed by a prison official. (Docket No. 3.) It appears that petitioner completed and signed the form himself. (Id.) Furthermore, petitioner also failed to attach a copy of his trust account statement showing transactions for

Order Granting Ext. of Time
P:\PRO-SE\SJ.JW\HC.10\Mayo02965_ifp-ext.wpd

the last six months. (Id.) In the interest of justice, the Court will extend the time for petitioner to file the necessary documents to complete his in forma pauperis application. Petitioner must file the documents **within thirty (30) days** from the date this order is filed. In the alternative, petitioner may file the $5.00 filing fee.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

The clerk shall enclose two blank copies of the court's Certificate of Funds in Prisoner's Account with a copy of this order to petition.

DATED: July 21, 2010

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES MAYO,

        Petitioner,

  v.

MARTINEZ, et al.,

        Respondents.
                                     /

Case Number: CV10-02965 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/22/2010  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael James Mayo G24650
California Mens Colony State Prison
Cell: 4162
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated:   7/22/2010

                                              Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk