UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES MAYO, | ) NO. CV 11-00300 GHK (SS) |
| Petitioner, | ) **ORDER ADOPTING FINDINGS,** |
| v. | ) **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| OFFICER MARTINEZ, ET AL., | ) **UNITED STATES MAGISTRATE JUDGE** |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

///

///

///

///

///

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 2/13/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

2