**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL JAMES MAYO, | ) | NO. CV 11-00300 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| OFFICER MARTINEZ, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 2/13/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE